**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number 2018-CA-1778

Florida Gas Transmission Company, LLC

- - Versus - -

Texas Brine Company, LLC

23rd Judicial District Court
Case #: 34316
Assumption Parish

On Application for Rehearing filed on 01/10/2020 by Texas Brine

Rehearing _Denied_

_John Michael Guidry_
John Michael Guidry

_J. Michael McDonald_
J. Michael McDonald

_Allison H. Penzato_
Allison H. Penzato

Date _JAN 2 3 2020_

_Peggy J. Landry_
Rodd Naquin, Clerk